UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DENNIS RICE, ET AL | CIVIL ACTION NO. 19-cv-1377 |
| VERSUS | JUDGE FOOTE |
| UNITED PROPERTY & CASUALTY INSURANCE CO., ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiffs' Motion to Remand (Doc. 14) is denied and that all claims against Scriber & Scriber Insurance Services, LLC are dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of February, 2020.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE